IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV541

| | |
|---|---|
| VIRGIL H. SUTHERLAND, ) ) Plaintiff, ) ) Vs. ) ) MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) ) Defendant. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on Plaintiff's *pro se* "Motion for Denial," filed June 2, 2009.

The Plaintiff requests that the Court deny the Defendant's motion for an extension of time in which to file a motion for summary judgment. **Plaintiff's Motion, at 1;** *see also***, Defendant's Motion for Extension of Time, filed May 27, 2009.** However, the Court, in granting Defendant's motion, found good cause had been shown for allowing the requested relief. **Order, filed May 28, 2009.** Therefore, Plaintiff's motion is denied.

**IT IS SO ORDERED.**

2

Signed: June 11, 2009

Lacy H. Thornburg
United States District Judge